# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DUSTIN NEAL BROWN                                                                                  PLAINTIFF
ADC # 105750

v.                                                  4:12-cv-00055-JMM

FAULKNER COUNTY,
ARKANSAS;  *et al.*                                                                              DEFENDANTS

## ORDER

Plaintiff's Motion to Dismiss his Complaint (Doc. No. 9.) is GRANTED and this case is DISMISSED without prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 28th day of March, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE