**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DUSTIN NEAL BROWN                                                    PLAINTIFF
ADC # 105750

v.                                  4:12-cv-00055-JMM

FAULKNER COUNTY,
ARKANSAS;  *et al.*                                                  DEFENDANTS

<u>**ORDER**</u>

    Plaintiff's Motion to Dismiss his Complaint (Doc. No. 9.)  is GRANTED and this case is

DISMISSED without prejudice.  All pending motions are denied as moot.

    IT IS SO ORDERED this 28th day of March, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE