**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DUSTIN NEAL BROWN                                                          PLAINTIFF
ADC # 105750

v.                                    4:12-cv-00055-JMM

FAULKNER COUNTY,
ARKANSAS;  *et al.*                                                        DEFENDANTS

### <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case be DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of March, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE