**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DUSTIN NEAL BROWN                                                                                    PLAINTIFF
ADC # 105750

v.                                                 4:12-cv-00055-JMM

FAULKNER COUNTY,
ARKANSAS;  *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of March, 2012.

                                              _/s/ James M. Moody_
                                              JAMES M. MOODY
                                              UNITED STATES DISTRICT JUDGE